# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conti, Joy Flowers | U.S. District Court WDPA | 05/11/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Article III Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Joseph F. Weis Jr. U S Courthouse
700 Grant Street, Suite 5250
Pittsburgh, PA 15219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Counselor | W. Edward Sell American Inns of Court |
| 2. | Ex-Officio Member | Allegheny County Bar Association Board of Governors |
| 3. | Honorary Board Director | Catholic Charities |
| 4. | Vice Regent | Kushkushkee Trail Chapter of the Daughters of the American Revolution |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/11/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Ross, Sinclaire & Associates, LLC - Salary (through 6/15/17) |
| 2. | 2017 | Boenning & Scattergood - Salary (from 6/16/17) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pennsylvania Bar Association | January 25- 29, 2017 | St Kitts, British West Indies | Mid-year Meeting | Lodging, Transportation, Meals |
| 2. | Pennsylvania Bar Association | March 24-26, 2017 | Farmington, PA | PBA Civil Litigation Section Retreat | Lodging, Transportation, Meals |
| 3. | New York Intellectual Property Law Association | March 31-April 1, 2017 | New York, NY | The 95th Annual Dinner in Honor of the Federal Judiciary | Lodging. Transportation, Meals |
| 4. | American Bar Association | May 10-11, 2017 | Chicago, IL | 11th Annual National Institute on E-Discovery | Lodging, Transportation, Meals |
| 5. | WC Research Inc (World Congress) | July 19-20, 2017 | New York, NY | 14th Annual Patents for Financial Services Summit | Lodging, Transportation, Meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Conti, Joy Flowers | 05/11/2018 |

| 6. | Duke University | September 7-8, 2017 | Washington, DC | Technology-Assisted Review (TAR) in E-Discovery | Lodging, Transportation, Meals |
|---|---|---|---|---|---|
| 7. | Academy of Trial Lawyers of Allegheny County | October 4-6, 2017 | Farmington, PA | 29th Annual Masters of Trial Advocacy Retreat | Lodging, Meals |
| 8. | American Intellectual Property Law Association | October 19-20, 2017 | Washington, DC | Annual Meeting 2017 | Lodging, Transportation, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2. -Federated PA Muni Service (Money Market) | A | Dividend | | | Closed | 07/24/17 | J | | |
| 3. -Red Mountain Resource Inc Stock | | None | J | T | | | | | |
| 4. -Standard Bank Deposit Account | A | Interest | J | T | Open | 07/24/17 | J | | |
| 5. -Pa Economic Dev Fing Auth Bond (2.55% due 11/01/41) | B | Interest | K | T | Buy | 02/15/17 | K | | |
| 6. ROTH IRA ROLLOVER ACCOUNT #1 (H) | | | | | | | | | |
| 7. -Pershing Government Money Market Fund | A | Dividend | | | Closed | 07/24/17 | J | | |
| 8. -Lee Street Investors LLC Class B Units (Part VIII) | | None | | | Closed | 05/19/17 | J | | |
| 9. -New Residential Invt Corp Stock (REIT) | C | Dividend | K | T | | | | | |
| 10. -American Intl Group Inc Stock | A | Dividend | J | T | | | | | |
| 11. -Bank of New York Mellon Corp Stock | A | Dividend | K | T | | | | | |
| 12. -SPDR S&P 500 ETF Trust Units | A | Dividend | K | T | | | | | |
| 13. -SPDR SER TR S&P BK ETF | A | Dividend | J | T | | | | | |
| 14. -Fidelity Advisor Ser VII Technology Fund Cl A | B | Dividend | K | T | Buy | 05/12/17 | K | | |
| 15. -JP Morgan Chase & Co Stock | A | Dividend | K | T | | | | | |
| 16. -Standard Bank Deposit Account | A | Interest | J | T | Open | 07/24/17 | J | | |
| 17. RETIREMENT PLAN #2 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -TIAA Traditional Annuities | D | Interest | M | T | | | | | |
| 19. -Vanguard Extended Mkt Index Fund | A | Dividend | | | Sold | 07/14/17 | J | B | |
| 20. -Vanguard REIT Index Fund (Name Change) | A | Dividend | J | T | | | | | |
| 21. -CREF Stock R2 Fund | A | Dividend | L | T | | | | | |
| 22. -CREF Money Market R2 | A | Dividend | L | T | | | | | |
| 23. -TC Mid-Cap Gr Fund | | None | | | Sold | 07/14/17 | K | B | |
| 24. -Vanguard Infl Protect Sec Adm Fund | A | Dividend | K | T | | | | | |
| 25. -American Fund Amer Mut R4 Fund | A | Dividend | | | Sold | 11/20/17 | J | B | |
| 26. -Vanguard Small Cap Index Fund | A | Dividend | K | T | Buy | 07/14/17 | J | | |
| 27. -Vanguard Mid Cap Index Fund | A | Dividend | K | T | Buy | 07/14/17 | K | | |
| 28. -American Mutual Fund R6 | A | Dividend | K | T | Buy | 11/20/17 | J | | |
| 29. ROTH IRA ROLLOVER ACCOUNT #3 (H) | | | | | | | | | |
| 30. -Pershing Government Money Market Fund | A | Dividend | | | Closed | 07/24/17 | J | | |
| 31. -Navidea Biopharmaceuticals Stock | | None | J | T | | | | | |
| 32. -Lee Street Investors LLC Class B Units (Part VIII) | | None | | | Closed | 05/19/17 | J | | |
| 33. -American Intl Group Stock | A | Dividend | K | T | Sold (part) | 12/21/17 | J | C | |
| 34. -Boeing Co Stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Federated International Leaders Fund | A | Dividend | J | T | | | | | |
| 36. -JP Morgan Value Advantage Fund | A | Dividend | K | T | | | | | |
| 37. -JP Morgan Chase & Co Stock | A | Dividend | J | T | | | | | |
| 38. -SPDR S&P 500 ETF Trust Units | A | Dividend | K | T | | | | | |
| 39. -Standard Bank Deposit Account | A | Interest | J | T | Open | 07/24/17 | J | | |
| 40. -Assured Guaranty Ltd | A | Dividend | J | T | Buy | 12/21/17 | J | | |
| 41. IRA ROLLOVER ACCOUNT #6 (H) | | | | | | | | | |
| 42. -S&T Bancorp Stock | A | Dividend | K | T | | | | | |
| 43. -Janney Advantage Insured Sweep (Money Market) | A | Dividend | | | Closed | 07/24/17 | J | | |
| 44. -Standard Bank Deposit Account | A | Interest | J | T | Open | 07/24/17 | J | | |
| 45. CITIZENS BANK: ACCOUNTS | | None | J | T | | | | | |
| 46. MASSACHUSETTS MUTUAL: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 47. MASSACHUSETTS MUTUAL: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 48. NORTHWESTERN: WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 49. METROPOLITAN LIFE: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 50. GENERAL AMERICAN: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 51. MASSACHUSETTS MUTUAL: WHOLE LIFE POLICY | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. METROPOLITAN LIFE: WHOLE LIFE POLICY | | None | J | T | | | | | |
| 53. NORTHWESTERN: WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 54. HUNTINGTON BANK ACCOUNT | | None | J | T | | | | | |
| 55. SIMPLE IRA ACCOUNT #1 (H) | | | | | | | | | |
| 56. -Pershing Government Money Market Fund | A | Dividend | J | T | | | | | |
| 57. -Boeing Inc Stock | A | Dividend | K | T | | | | | |
| 58. -Navidea Biopharmaceuticals Inc Stock | | None | J | T | | | | | |
| 59. -JP Morgan Value Advantage Fund | A | Dividend | K | T | | | | | |
| 60. -SPDR SER TR S&P REGL BKG ETF | A | Dividend | J | T | | | | | |
| 61. -SPDR SER TR S&P BK ETF | A | Dividend | J | T | | | | | |
| 62. -SPDR S&P 500 ETF Trust Units | A | Dividend | K | T | | | | | |
| 63. -Facebook Inc Stock | | None | K | T | | | | | |
| 64. -JP Morgan Chase & Co Stock | B | Dividend | K | T | | | | | |
| 65. -New Residential Invt Corp Stock | B | Dividend | K | T | | | | | |
| 66. -Standard Bank Deposit Account | A | Interest | J | T | Open | 07/24/17 | J | | |
| 67. -Black Box Corp | A | Dividend | J | T | Buy | 11/22/17 | J | | |
| 68. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Federated PA Muni Cash (Money Market) | A | Dividend | | | Closed | 07/24/17 | K | | |
| 70. -Pa St Fin Auth Rev Rfdg Penn Hills Bond (0% due 12/1/23) | | None | J | T | | | | | |
| 71. -New Senior Invt Group Stock | B | Dividend | | | Buy | 02/03/17 | K | | |
| 72. | | | | | Sold | 08/03/17 | K | | |
| 73. -New Residential Investment Corp Stock | A | Dividend | J | T | Buy | 03/16/17 | J | | |
| 74. -Standard Bank Deposit Account | A | Interest | K | T | Open | 07/24/17 | J | | |
| 75. ROTH IRA ROLLOVER ACCOUNT #7 (H) | | | | | | | | | |
| 76. -Safe-T-Shade LLC | | None | K | T | | | | | |
| 77. -Averatek Inc Stock | | None | J | T | | | | | |
| 78. -Averatek 8% Convertible Note due 4/30/22 | A | Interest | J | T | | | | | |
| 79. SEVENTH STREET INVESTMENT LP | | None | K | T | | | | | |
| 80. TAASERA INC STOCK | | None | K | T | | | | | |
| 81. 401(K) PLAN #1 (H) | | | | | | | | | |
| 82. -Standard Bank Deposit Account | A | Interest | J | T | Open | 12/15/17 | J | | |
| 83. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Information for Part VII (Investments and Trusts):

From prior years:

There is no Retirement Plan # 1

There is no IRA Rollover/Roth IRA Rollover Account # 2, 4 or 5

CurrentYear:

Line 8/Line 32   Lee Street Investors LLC has been inactive for a number of years and was terminated in 2017.

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/11/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Joy Flowers Conti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544